UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

Eastern District of Kentucky
**FILED**

APR 0 9 2007

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | |
|---|---|
| CHERYL ADAMS )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>HARTFORD LIFE AND ACCIDENT )<br>INSURANCE COMPANY )<br>)<br>DEFENDANT. )<br>) | Civil Action No. 06-368-JMH<br>Judge Joseph M. Hood<br><br>**Electronically Filed** |

## AGREED ORDER OF DISMISSAL

By agreement of the parties (as indicated by the signature of their respective attorneys below) and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that all claims of Plaintiff Cheryl Adams asserted against Defendant, Hartford Life and Accident Insurance Company, are hereby dismissed with prejudice. Each party shall bear its own costs.

This the 9th day of April, 2007.

_____
Joseph M. Hood, Chief Judge

Tendered by:


/s/ Timothy E. Geertz (w/permission)
M. Austin Mehr
amehr@austinmehr.com
Timothy E. Geertz
teg@austinmehr.com
Austin Mehr Law Offices, P.S.C.
145 West Main Street, Suite 300
Lexington, Kentucky 40507
(859) 225-3731 telephone
(859) 225-3830 facsimile
*Counsel for Plaintiff,*
*Cheryl Adams*

and


/s/ Ann E. Georgehead
Robert L. Steinmetz
rsteinmetz@fbtlaw.com
Ann E. Georgehead
ageorgehead@fbtlaw.com
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
(502) 589-5400 telephone
(502) 581-1087 facsimile
*Counsel for Defendants*
*Hartford Life and Accident Insurance Company,*